**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **GLOBETECTRUST LLC,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**XO COMMUNICATIONS, LLC,**<br><br>                    Defendant. | Civil Action No. 13-956 (RGA) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff GlobeTecTrust LLC hereby dismisses with prejudice all claims in the above-captioned case against Defendant XO Communications, LLC.

Dated: October 11, 2013

| | |
|---|---|
|   /s/ Kenneth L. Dorsney                    | /s/ John W. Shaw                           |
| Kenneth L. Dorsney (#3726) | John W. Shaw (#3362) |
| MORRIS JAMES LLP | Andrew E. Russell (#5382) |
| 500 Delaware Avenue, Suite 1500 | David M. Fry (#5486) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302) 888-6800 | 300 Delaware Avenue, Suite 1120 |
| kdorsney@morrisjames.com | Wilmington, DE 19801 |
| | (302) 298-0700 |
| *Attorneys for Plaintiff GlobeTecTrust LLC* | jshaw@shawkeller.com |
| | arussell@shawkeller.com |
| | dfry@shawkeller.com |
| | |
| | *Attorneys for Defendant XO Communications, LLC* |

**IT IS SO ORDERED** this ____ day of October, 2013.

_____
United States District Judge